PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE __EASTERN__ DISTRICT OF TEXAS
__LUFKIN__ DIVISION

__Maurice Hall #01621177__
Plaintiff's Name and ID Number

__Estelle Unit__
Place of Confinement

CASE NO. __9:24cv89 Crone/__Hawthorn
(Clerk will assign the number)

v. __Thomas H. Welch Jr.__
__777 F.M. 3497 Gib Lewis Unit__
__Woodville, Texas 75990__
Defendant's Name and Address

_____
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.   To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.   Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.   You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.   When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

Rev. 05/15

FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of $400.00.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "NOTICE TO THE COURT OF CHANGE OF ADDRESS" and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: _08 - 26 - 2021_

        2. Parties to previous lawsuit:

        Plaintiff(s) _Maurice Deman Hall, TTEE_

        Defendant(s) _Tina M. Metoyer, et al._

        3. Court: (If federal, name the district; if state, name the county.) _Eastern District of Texas_

        4. Cause number: _09 : 21 - CV - 249_

        5. Name of judge to whom case was assigned: _Marcia A. Crone._

        6. Disposition: (Was the case dismissed, appealed, still pending?) _Still pending._

        7. Approximate date of disposition: _N/A_

Rev. 05/15

II.    PLACE OF PRESENT CONFINEMENT: _Estelle Unit_

III.   EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A. Name and address of plaintiff: _Maurice Deman Hall, % 264 F.M. 3478,_
_Huntsville, Texas [77320]._

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: _Lieutenant Thomas H. Welch Jr., Gib Lewis Unit_
_777 F.M. 3497, Woodville, Texas 75990_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_Defendant commissioned an urinalysis test from plaintiff which_
_impaired Exhibits: D. and E. of plaintiff's complaint._

Defendant #2: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

3

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On May 15, 2022 the plaintiff who was present at the Gib Lewis Unit of T.D.C.J. during the alleged date was treated different from other indemnified Trustees by being subjected to an urinalysis test under duress ordered and given by Defendant Welch, which impaired the obligations of Exhibits: D. and E. of plaintiff's attached complaint.

VI.    RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

A declaration that the defendant acts violated plaintiff's rights and an injunction ordering the defendant to satisfy all liens of the alleged violated contracts within 20 days.

VII.    GENERAL BACKGROUND INFORMATION:

A.    State, in complete form, all names you have ever used or been known by including any and all aliases.

Maurice

B.    List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

#01621177

VIII.    SANCTIONS:

A.    Have you been sanctioned by any court as a result of any lawsuit you have filed?    ____YES  ✓ NO

B.    If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.    Court that imposed sanctions (if federal, give the district and division): _____

2.    Case number: _____

3.    Approximate date sanctions were imposed: _____

4.    Have the sanctions been lifted or otherwise satisfied?    ____YES ____NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed? ✓ YES ___ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): _Eastern District of Texas_

2. Case number: _09:21-cv-249_

3. Approximate date warning was issued: _08-26-2021_

Executed on: _04-30-24_
DATE

_Without Prejudice U.C.C. 1-308_

_Maurice Deman Hall TTEE_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _30th_ day of _April_, 20 _24_.
(Day)          (month)          (year)

_Without Prejudice U.C.C. 1-308_

_Maurice Deman Hall TTEE_
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15

I. PREVIOUS LAWSUITS:

B. 1. Approximate date of filing lawsuit: 04-18-22

2. Parties to previous lawsuit:
Plaintiff: Maurice Deman Hall, TTEE
Defendant(s): Balden O. Polk, et al.

3. Court: Eastern District of Texas

4. Cause Number: 09:22-cv-65

5. Name of judge to whom case was assigned: Marcia A. Crone.

6. Disposition: Still pending.

7. Approximate date of disposition: N/A

I. PREVIOUS LAWSUITS:

B. 1. Approximate date of filing lawsuit: 01-31-23

2. Parties to previous lawsuit:
Plaintiff: Maurice Deman Hall, TTEE
Defendant: Johna V. Puntes

3. Court: Eastern District of Texas

4. Cause Number: 09:23-cv-12

5. Name of judge to whom case was assigned: Marcia A. Crone

6. Disposition: Still pending.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

Maurice Deman Hall,
Proper Party, Plaintiff.

§
§
§

V.

§   Case No.
§   Hon.

Thomas H. Welch Jr., sued
in his individual and official
capacity, Defendant Inc.

§

# COMPLAINT

## Introduction

This is a civil rights action filed by Maurice Deman Hall, an incarcerated (Trustee/Secured Party/Bailee), for injunctive reliefs under 42 U.S.C. § 1983, alleging Impaired obligations of Contracts, and violation of the Equal protection and Due process Clauses, in violation of the Contracts Clause Art. 1., § 10., cl. 1., and Fourteenth Amendment of the United States Constitution.

## Jurisdiction & Venue

1. The Court has jurisdiction under 28 U.S.C. § 1331, 1332 (a.) and 1343.

2. The Eastern District is an appropriate venue under 28 U.S.C. § 1391 (b.) (1) and (2.), because it is where the events giving rise to this claim occurred.

1. of 5.

## Plaintiff

3. Pursuant to Fed. R. Civ. P. 17 (a.), plaintiff Maurice Deman Hall, (Trustee/Secured Party/Bailee), is the real party in interest, as verified by the master U.C.C. § 1. Filing number: _20212042710_, of the Colorado State Secretary Office. See: Exhibits: A. 1.-3.

## Defendant

4. Defendant, Thomas H. Welch Jr. was a Correctional Officer of the Texas Department of Criminal Justice, who at all times mentioned in this complaint, held the rank of Lieutenant and was assigned at the Gib Lewis Unit.

5. Defendant is sued individually and in his official capacity and at all times mentioned in this complaint the defendant acted under the Color of State law.

## Facts

6. On May 15, 2022 during an event of being treated different from other indemnified Trustees, Secured Parties, and Bailees, the plaintiff was awaken out of his sleep and unconsensually subject to an unlawful commercial

2. of 5.

urinalysis test given and ordered under duress by defendant Welch. See: Exhibits : B. and C.

## Denial of Equal Protection and Due Process

7. During the alleged incident while being treated differently than other indemnified Trustees, defendant Welch was absent an authentic registered certified contractual nexus with the plaintiff during the time he unconsensually commissioned the plaintiff to relinquish his protected property to be used by the commercial enterprise associated with defendant Welch. See: Exhibit: E.

## Exhaustion of Administrative Remedies

8. Plaintiff exhausted both STEP ONE and STEP TWO grievances number : 2022100731. See: Exhibits : B. and C.

## Claims For Relief

9. The failure of the Texas Department of Criminal Justice policies and officials thereof, to take action to curb the unlawful actions of defendant Welch, constituted deliberate indifference to plaintiff's protected property interests and rights thereof, subjecting the protected Trustee to violations

3. of 5.

of his right to Due process and Equal protection of the law, in violation of the Fourteenth Amendment of the United States Constitution.

10. The failure of the Texas Department of Criminal Justice policies and officials thereof, to indemnify the plaintiff and protect his protected property interests and rights thereof, contributed to and proximately caused the impairments of Exhibits: D. and E. pages 5. and 7. at #28., in violation of the Contracts Clause Art. 1., § 10., cl. 1., and Fourteenth Amendment of the United States Constitution.

## Relief Requested

WHEREFORE, plaintiff requests that the Court grant the following reliefs:

11. A declaration that the acts and omissions described herein violated plaintiff's rights secured by the United States Constitution.

12. A preliminary and permanent injunction ordering the defendant to satisfy the liens of the alleged violated

4. of 5.

contracts _Exhibits : D. and E._, in less than _90_ days.

13. Plaintiff's cost in this suit, and

14. Any additional relief this Court deems just, proper, and equitable.

Dated : _April 30, 2024_

Respectfully Submitted,
Maurice Deman Hall, TTEE
℅ 264 F.M. 3478
Huntsville, Texas [77320]

## VERIFICATION

In compliance with Title 28 U.S.C. § 1746 (1.), and executed without the UNITED STATES, I, _Maurice Deman Hall_, vertify under the penalties of perjury, and to the laws of the de jure _united_ States of America, that the foregoing is true, correct, and complete to the best of my belief and informed knowledge. I now affixed my signature and official seal to the above document with explicit reservation of my unalienable rights without prejudice to any of those rights in compliance with U.C.C. § 1-308, nunc pro tunc. Executed at _Huntsville_, Texas on _April 30_, 2024.

/S/ _Maurice Deman Hall, TTEE_
Maurice Deman Hall, Plaintiff.

5. of 5.

Case 9:24-cv-00089-MAC-ZJH    Document 1    Filed 05/06/24    Page 12 of 31 PageID #: 1
Case 9:21-cv-00249-MAC-ZJH    Document 11    Filed 08/26/21    Page 1 of 3 PageID #: 15

*Exhibit A-1*

# UCC Financing Statement

**Colorado Secretary of State**
Date and Time: 05/05/2021 03:19:08 PM
Master ID: 20212042710
Validation Number: 20212042710
Amount: $8.00

### Debtor: (Organization)

Name: MAURICE ANTIONE HALL TRUST Â©
Address1: 313 DIAMOND DR
Address2:
City: DESOTO                State: TX          ZIP/Postal Code: 75115
Province:                   Country: United States

Collateral is held in a Trust.

### Debtor: (Organization)

Name: MAURICE ANTIONE HALL; NON-ADVERSE; NON-
BELLIGERENT; NON-COMBATANT PRIVATE
FOUNDATION
Address1: 313 DIAMOND DR
Address2:
City: DESOTO                State: TX          ZIP/Postal Code: 75115
Province:                   Country: United States

The debtor is a transmitting utility.

### Secured Party: (Individual)

Last name: Hall            First name: Maurice-   Middle name:              Suffix:
                           Deman:

Address1: c/o 1046 Canterbury Lane
Address2:
City: Forney               State: TX             ZIP/Postal Code: 75126
Province:                  Country: United States

### Collateral

**Description:**

This is the entry of collateral by Trustee/Secured Party on behalf of the Trust/Estate; MAURICE ANTIONE HALL TRUST in the Commercial Chamber under necessity to secure the rights, title(s), interest and value therefrom, in and of the Root of Title from inception, as well as all property held in trust including but not limited to DNA, cDNA, cell lines, retina scans, fingerprints and all Debentures, Indentures, Accounts, and all the Pledges represented by same included but not limited to the pignus, hypotheca, hereditaments, res, the energy and all products derived therefrom nunc pro tunc, contracts, agreements, and signatures and/or endorsements, facsimiles, printed, typed or photocopied of owners name predicated on the Straw-man, Ens legis/Trust/Estate described as the debtor and all property is

### Collateral

**Description:**

accepted for value and is Exempt from levy. Lien places on debtor entities is for all outstanding property still owed but not yet returned to trust from entities such as municipalities, governments and the like , not on trust entity itself. Trustee is not surety to any account by explicit reservation/indemnification. The following property is hereby registered and liened in the same: All Certificates of Birth Document 123-85-04672, SSN/UCC Contract Trust Account-prepaid account Number: 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; Exemption Identification Number: 428518241, is herein liened and claimed at a sum certain $100,000,000.00, also registered: Security Agreement No. 02261985-MAH-SA, Hold Harmless & Indemnity Agreement No.

### Collateral

**Description:**

02261985-MAH-HHIA, Copyright under item no.: 02261985-MAH-CLC Adjustment of this filing is in accord with both public policy and the national Uniform Commercial Code. Trustee/Secured Party, Maurice- Deman: Hall, is living flesh and blood sojourning upon the soil of the land known as Texas, and not within fictional boundaries, territories nor jurisdiction of any fictional entity including fictional Federal geometric plane(s). Trespass by any agent(s) foreign or domestic, by such in any scheme or artifice to defraud. Full reverence by ALL AGENTS and Corporations is unambiguously demanded and required. Culpa est immiscere se rel ad se non pertienti. All property currently held or outstanding

| Collateral |
|---|

**Description:**

belongs to the Trust administered by Trustee/Secured Party, Title 46 USC 31343 and Article 1 and 5 of the International Convention on Maritime Liens and Mortgages 1993, Held at the Palis Des Nations, Geneva, From April 19 to May 5,1992 United Nations (UN). This Maritime Lien is under safe harbor and sinking funds provisions through the prescription of Law of Necessity and the doctrines of unconscionably and La Mort Saisit Le Vif in accordance with Applicable Law, Cardinal Orders, Ordinal Orders, and Commercial Standards.

| Optional Information |
|---|

**Alternative designation:**

In this financing statement, the terms "debtor" and "secured party" shall be read to mean: Bailee/Bailor

*Exhibit A. - 3*

File name: CO UCC Attachment Reprint.pdf          Uploaded: 05/05/2021 03:16:32 PM

Exhibit B.

# Texas Department of Criminal Justice

## STEP 1    OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2022100731 |
| Date Received: | MAY 18 2022 |
| Date Due: | 6-27-22 |
| Grievance Code: | 815 |
| Investigator ID #: | I 1016 |
| Extension Date: | |
| Date Retd to Offender: | JUN 27 2022 |

Offender Name: MAURICE ANTIONE HALL©   TDCJ # 01621177

Unit: Gib Lewis   Housing Assignment: J-105B

Unit where incident occurred: Gib Lewis

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Lieutenant Thomas H. Welch Jr.   When? 05-16-22

What was their response? If you don't take the test you gone receive a disciplinary.

What action was taken? Ignored my warning of No Consent.

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

**NOTICE:** This complaint is filed by Maurice Deman Hall, Trustee/Secured Party/Bailee, the real party in interest, an authorized representative of MAURICE ANTIONE HALL© TRUST. Complainant files this grievance in regards to the Forced urinalysis test, which he was subject to take under threat and duress by Lt. Welch, on the date listed above. Officer Lt. Welch do NOT have any authority/jurisdiction to subject Trustee to any illegal/unlawful forced compliance. Such a Forced compliance under threat and duress, executed by an Officer who has NO authority/jurisdiction over Trustee nor the TRUST in representation thereof, constituted cruel and unusual punishment and violated Due Process of law. In violation of the 8th and 14th Amendments of the U.S. Constitution.

---

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F

Exhibit B.



**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

Offender Name: _MAURICE ANTIONE HALL_ TDCJ # _0621177_

Unit: _Gib Lewis_    Housing Assignment: _J-105B_

Unit where incident occurred: _Gib Lewis_

OFFICE USE ONLY

Grievance #: _2022100131_

UGI Recd Date: _JUL 06 2022_

HQ Recd Date: _JUL 11 2022_

Date Due: _8/15/22_

Grievance Code: _815_

Investigator ID#: _I1364_

Extension Date: _SEP 24 2022_

You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.

Give reason for appeal (Be Specific).    I am dissatisfied with the response at Step 1 because...

I am dissatisfied with the response at STEP ONE because, I was "unlawfully" Advised of the Consequences of my action if I refuse to submitt a urinalysis test to an Agent of T.D.C.J. who has No authority/jurisdiction over the complainant nor the TRUST he represent. Which was still a Threat in a polite manner. Would filing a Grievance really fix a violation of the 8th and 14th Amendments of the United States Constitution? Nothing was done to inform or educate the offending officer about the nature of his colorable authority or the nature of the complainant's secured rights.

---

I-128 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix-G

Exhibit: C.

Exhibit D.

# HOLD HARMLESS AND
# INDEMNITY AGREEMENT

## Non-Negotiable - Private Between the Parties:

DEBTOR:
MAURICE ANTIONE HALL TRUST©
313 DIAMOND DR
DESOTO, TX 75115
...and all derivatives and variations in the spelling of said name.

TRUSTEE/SECURED PARTY:
Maurice-Deman: Hall
c/o 1046 Canterbury Lane
Forney, Texas [ 75126 ]
united States of America

**TRUSTS Identifying Numbers:** 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, 123-85-04672 and any hereinafter named in trust minutes.
This Hold-harmless and Indemnity Agreement is mutually agreed upon and entered into this Day Dated below between the juristic person: "MAURICE ANTIONE HALL TRUST©" and any and all derivatives and variations in the spelling of said name hereinafter jointly and severally **"TRUST"**, except, Maurice-Deman: Hall, the living, breathing, flesh-and-blood man, known by the distinctive appellation Maurice-Deman: Hall hereinafter "Trustee".

     For valuable consideration **TRUST** hereby expressively agrees and covenants, without benefit of discussion, and without division, that **TRUST** holds harmless and undertakes the indemnification of Trustees from and against any and all claims, legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered/incurred by, as well as imposed on, **TRUST** for any reason, purpose, and cause whatsoever. **TRUST** does hereby and herewith expressly covenant and agree that Trustees shall not under any circumstance, nor in any manner whatsoever, be considered an accommodation party, nor a surety, for **TRUST**.

## Defined: Glossary of Terms

All of the STANDARD TERMS AND CONDITIONS as set forth in "ATTACHMENTS 'A' – DEFINITIONS" Document Item Number: 02261985-MAH-AA apply hereto, non obstante.

When the context so requires, the masculine gender includes the feminine and/or neuter, and the singular numbers includes the plural. Trustee accepts **TRUST'S** signature in accord with UCC §§ 1-201(39), 3-401(b), 3-419.

*MAURICE ANTIONE HALL TRUST©*

MAURICE ANTIONE HALL TRUST©
**TRUST's Signature**, Copyright 2003.

**Maurice-Deman: Hall** - Trustee/Secured Party's Signature,
**Authorized Representative. All Rights Reserved, Without Prejudice/Without Recourse**

Maurice-Deman Hall
Party ID: bfcb4755-d78f-4903-929b-800be41a33c3
IP Address: 23.114.22.135
Security Level: E-mail

Digital Signature:

*M Hall*

**Multi-Factor**
**Digital Fingerprint**    c844c85e0d3b584a92f932bad9cd2843
**Checksum**

Exhibit: D.

# SECURITY AGREEMENT
### Non-Negotiable Private Agreement
## PARTIES:

**Party of the First Part:** MAURICE ANTIONE HALL TRUST  the COPYHOLD TRUST/Estate/Bailor also under any and all derivatives and variations in the spelling thereof, with the exception of "Maurice-Deman: Hall". **Under account No. 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 or EIN No.:_____, with all property Lawfully part of the TRUST** held as a foreign Trust Estate 28 U.S.C. 1603(b)(3); 8 U.S.C. 1101(a)(14); 26 U.S.C. 7701(a)(31).

**Party of the Second Part:** "Maurice-Deman: Hall" (as "**Trustee/Secured Party/Bailee**") a Live Natural Man a flesh-and-blood Almighty God-created private Christian American sui juris sentient being; and an Ambassador of God Almighty (2nd Corinthians 5:20) Domiciled in Texas Republic and on religious sojourn through the UNITED STATES; One, who is as a "Non-resident alien" as defined within 26 U.S.C. 7701(b)(1)(B)]; []sic, in regards the UNITED STATES [28 U.S.C. 3002(15)(A); U.C.C. 9-307(h)] with express, explicit, irrevocable reservation of all natural God-given & **unalienable Rights**; including but **not** limited by F.S.I.A. **without prejudice** U.C.C. 1-207; U.C.C. 1-308, U.C.C. 1-103.6 (Anderson's UCC) reserved ab initio, nunc pro tunc:

**Beneficiaries:** named in ADDENDUM TO MINUTES OF INITIAL MEETING OF TRUST, in which the trust is to the ultimate benefit for. Interest and use hereinafter held in trust and administered as trustee by: Maurice-Deman: Hall; hereinafter: real party authorized representative of the MAURICE ANTIONE HALL TRUST TRUST/Estate.

## CAUSE:

This Security Agreement is made and entered into by and between TRUST and TRUSTEE/Secured Party Creditor respectively.

| | |
|---|---|
| PERFORMANCE SECURITY | RECEIVABLE SECURITY |
| PAYMENT SECURITY | NEGOTIABLE SECURITY |
| NEGOTIABLE DRAFT | SECURED BY COLLATERAL |

If any part or portion of this Security Agreement is found to be invalid or unenforceable, such part or portion shall not void any other part or portion as reasonably severable from said parts or portions, and does not affect the remainderd of the agreements.

## AGREEMENT

IN CONSIDERATION, TRUST grants all interests to Secured party in exchange for Secured Party, acting to manage, protect and defend all interests of TRUST, to create additional value, and to manage in the personal capacity to transmit business in the private or public capacity as necessary.

The collateral is described herein:

- All Schedules.
- All filings.
- All accounts.
- All fixtures.
- All derivatives.
- All registries.
- All certifications.
- All licenses.
- All bonds.
- All charters
- All treaties.
- All obligations due.
- All duties charged.
- All Articles of Incorporation.
- All Oaths.

- All applications.
- All acceptances.
- All insurances.
- All intellect.
- All beneficial interests including mutual funds, retirement funds, severance pay, college education funds, pension funds, well fare, charity, food stamps, Social Security.
- All UCC filings, in the nominee' of BENEFICIARY as CREDITOR and all property referred as 'collateral' or 'surety'.
- All UCC filings in the nominee TRUST herein, as CREDITOR and all property referred as 'collateral' or 'surety'.

To secure all property, interest, income and benefits from TRUST'S entire estate, minus all liabilities.

*Exhibit: E.*

# SECURITY AGREEMENT

### Non-Negotiable Private Agreement

Including all sources derived from direct and indirect, absolute or contingent, due or future, and/or dismissed, abandoned, conveyed, transferred, held, and/or possessed in both the public and in private. This also includes: all agreements parole or expressed, held in trust, Estate, in rem, or receivable, including but not limited to pre-existing and future claims, and all potentials including the rights of subrogation. TRUSTEE/SECURED PARTY maintains the right of:

1. Signing for TRUST in all cases whatsoever wherein any signature of TRUST is required.
2. Issuing a binding commitment to extend credit or for the extension of immediately available credit, whether or not drawn upon and whether or not a chargeback is provided for in the event of difficulties in collection.
3. Providing the security by TRUST for payment of all sums due or owing, past, present and future.
4. Investigation of all sources of assets, exercise of faculties, and labor of SECURED PARTY, that provide the valuable consideration sufficient to support any contract which TRUST may execute or to which TRUST may be regarded as bound by to any person whatsoever and subjects TRUST to:
   a. Voluntary entry of TRUST into the Commercial Registry.
   b. Transfers, conveyances and assignments to Trustee/Secured Party, a security interest in all collateral and interests, including that described herein if necessary and in benefit of the trust.
   c. Agreements to be, act, and function in law and commerce, as the unincorporated, proprietary trademark of MAURICE ANTIONE HALL TRUST  for exclusive and discretionary use by Trustee/SECURED PARTY in any manner that Trustee/SECURED PARTY elects.

## PUBLIC LAWFUL NOTICE

Filing or registration of this Security Agreement by any Party constitutes open, lawful, public notice that:

The law, venue, and jurisdiction of this Security Agreement is the ratified, finalized, signed, and sealed private contract freely entered into by and between TRUST and Trustee/SECURED PARTY and registered herewith. This Security Agreement is contractually complete herein and herewith and cannot be abrogated, altered, or amended, in whole or part, without the express, written consent of SECURED PARTY.

1. Trustee/SECURED PARTY signing, signs by/for TRUST, when necessary, in every manner where TRUST'S signature is required. TRUSTEE/SECURED PARTY reserves the right to make sufficient claims to secure such indebtedness until satisfied in whole.
2. All property of TRUST is assigned to TRUSTEE/SECURED PARTY for management, safekeeping, and all trust related business.
3. TRUST authorizes all uses of TRUST'S name in any manner TRUSTEE/SECURED PARTY elects.
4. All other uses of TRUST'S name must be done with express consent of TRUSTEE/SECURED PARTY, and is placed under copyright as seen in included common law copyright under number 02261985-MAH-CLC.
5. All legal means to protect the security interest being established by this Agreement will be used by TRUSTEE/SECURED PARTY.
a) Whenever necessary and all support needed by TRUSTEE/SECURED PARTY to protect security interest in the collateral herein identified or otherwise added will be provided by TRUSTEE/SECURED PARTY including but not limited by commercial/tort lien process, or any other necessary applicable means to secure trust property.

TRUST warrants that TRUSTEE/SECURED PARTY'S claim against the collateral is enforceable according to all STANDARD TERMS AND CONDITIONS expressed herein. In addition, all applicable laws promulgated for protecting the interests of a TRUSTEE/CREDITOR apply.

TRUSTEE/SECURED PARTY also warrants that it embraces and controls all interests to the collateral, free and clear of all actual and constructive lawful liens, levy and encumbrances. Encumbrances presented, to or belonging to TRUST, against the collateral therein shall remain secondary to this agreement, unless

# SECURITY AGREEMENT

Non-Negotiable Private Agreement

registered prior to the registration this agreement or the  interest represented herein, establishing them as non-transferable, as is well-established in international commercial law.

TRUST shall promptly advise TRUSTEE/SECURED PARTY of any Claims and provide TRUSTEE/SECURED PARTY with full details of said Claims, *inter alia*, copy of all documents, correspondence, suits, or actions received by or served upon TRUST. TRUST shall fully cooperate with TRUSTEE/SECURED PARTY in any discussion, negotiation, or other proceeding relating to any Claim AS IT AFFECTS TRUST/TRUSTEE rights.

## GENERAL PROVISIONS
### Possession of Collateral

Collateral or evidence of collateral may remain in the possession of TRUST, to be kept at any location elected by TRUSTEE/SECURED PARTY. Notice of changes in location will be made to TRUST within ten (10) days of such relocation.  TRUSTEE/SECURED PARTY agrees not to otherwise remove the collateral except as is expected in the ordinary course of business. TRUST agrees to acquire prior written authorization from TRUSTEE/SECURED PARTY for any and all uses of any collateral outside the general scope of practice.  TRUSTEE/SECURED PARTY may possess all tangible personal property included in collateral, and have beneficial use of all collateral, and may use it in any manner elected and not be considered beneficiary.  TRUSTEE/SECURED PARTY'S right to possession and beneficial use does not change ownership of trust property and is unaffected by any collateral that is in the possession of TRUST, even if such possession is required by other law to perfect TRUSTS interest in such collateral. If TRUST, at any time, has possession of any part of the collateral, TRUSTEE/SECURED PARTY shall be deemed to have exercised reasonable care in the custody and preservation of the collateral.

### Proceeds and Products from Collateral

All proceeds and products from the disposition of the collateral, for whatever reason, shall be held in trust by TRUSTEE/SECURED PARTY and shall not be commingled with any other accounts or funds without the express consent of TRUSTEE/SECURED PARTY.  Notice of such proceeds must be delivered to TRUSTEE/SECURED PARTY immediately upon receipt.  TRUST agrees not to sell, offer to sell, or otherwise transfer or dispose of the collateral, except for inventory sold or accounts collected in the ordinary course of TRUST'S public business.  TRUST must not pledge, mortgage, encumber, or otherwise permit the collateral to be subject to any lien, levies, security interests, encumbrances, or charges, other than the security interests established by or through this Security Agreement, without the prior written consent of TRUSTEE/SECURED PARTY.

### Maintenance of Collateral

TRUST agrees to maintain all collateral in good condition and repair, and not to commit or permit damage to or destruction of the collateral or any part of the collateral. TRUSTEE/SECURED PARTY, and/or expressly authorized and designated representatives and agents, shall have the right at all reasonable times to examine, inspect, and audit the collateral wherever located. TRUST shall immediately notify TRUSTEE/SECURED PARTY of all cases involving the return, rejection, repossession, loss, or damage of or to any collateral, generally of all happenings and events affecting the collateral or the value or the amount of the collateral, and specifically, all requests for credit or adjustment of collateral, or dispute arising with respect to the collateral.

### Compliance with Law

TRUST shall comply promptly with all lawfully applicable laws, ordinances, and regulations of all properly authorized government authorities applicable with the production, disposition, or use of the collateral upon proof of claim. TRUST may contest in good faith any such law, ordinance, or regulation without compliance during a proceeding, including appropriate appeals, as long as TRUST/TRUSTEES interest in the collateral is protected and in no way jeopardized. TRUSTEE/SECURED PARTY may, upon election, intervene in any situation that appears to place the collateral in jeopardy.

# SECURITY AGREEMENT
#### Non-Negotiable Private Agreement
### Public Disputes

TRUST agrees to discharge all applicable taxes, assessments, and liens, when due, against any collateral in his possession; provided that such taxes, assessments, and liens are proved to be superior to the lawful claim established by this Security Agreement, and subsequently perfected by appropriate registration. In the event that TRUST elects to dispute such taxes, assessments, and liens, TRUSTEE/SECURED PARTY'S interest must be protected at all times, at the sole opinion of TRUSTEE/SECURED PARTY, who may, at his option, intervene in any situation that appears to jeopardize TRUSTEE/SECURED PARTY'S interest in protecting self-interest or that of the TRUST. TRUST may elect to continue pursuit of dispute of such taxes, assessments, and liens, only upon production of a surety bond by public claimant(s), in favor of TRUST/TRUSTEE sufficient to protect TRUST/TRUSTEE from loss, including all costs and fees associated with such dispute. Should public judgment against TRUST or any collateral result from such dispute, TRUST agrees to satisfy such judgment from its accounts established and managed by the UNITED STATES or its subdivisions, agents, officers, or affiliates appointed in due course to do so as not to adversely affect TRUST/TRUSTEES interest in the Collateral.

### SUBORDINATION OF TRUST'S DEBTS TO TRUSTEE/SECURED PARTY

Providing TRUSTEE/SECURED PARTY, subsequent to the execution of this agreement, perfects his security interest in the collateral by appropriate registration, TRUST agrees that its indebtedness to TRUSTEE/SECURED PARTY, whether now existing or hereafter created, shall have priority over unregistered claims that any third parties may raise against TRUST or the collateral, whether or not TRUST is or becomes insolvent. TRUST hereby expressly subordinates any claim that TRUST may have against TRUSTEE/SECURED PARTY, upon any account whatsoever, to the claims that TRUSTEE/SECURED PARTY has or will have against TRUST.

If TRUSTEE/SECURED PARTY so requests, all notes or credit agreements now or hereafter established, evidencing debts or obligation of TRUST to third parties, shall be marked with a legend that the same are subject to this agreement and shall be delivered to TRUSTEE/SECURED PARTY. TRUST agrees, and TRUSTEE/SECURED PARTY hereby is authorized, in the name of TRUST, to execute and file such financing statements and other commercial statements, as TRUSTEE/SECURED PARTY deems necessary or appropriate to perfect, preserve, and enforce his/her rights under this agreement.

### FIDELITY BOND

Know all men by these presents, that TRUST; MAURICE ANTIONE HALL TRUST , establishes this bond in favor of TRUSTEE/SECURED PARTY: Maurice-Deman: Hall, in the sum of present Collateral Values up to the penal sum of One Hundred Million United States Dollars ($100,000,000.00), for the payment of which bond, well and truly made, TRUST binds TRUST by these presents.

The condition of the above bond is: TRUSTEE/SECURED PARTY covenants to do certain things on behalf of TRUST, as set forth above in Agreement, and TRUST, with regard to conveying goods and services in Commercial Activity to TRUSTEE/SECURED PARTY, covenants to serve as a 'commercial' transmitting utility therefore and, as assurance of fidelity, grants to TRUSTEE/SECURED PARTY a Security Interest in the herein below described Collateral.

This bond shall be in force and effect as of the date hereon and until TRUST; MAURICE ANTIONE HALL, is released from liability by the written order of the UNITED STATES GOVERNMENT and provided that said TRUST'S Surety; Maurice-Deman: Hall may cancel this bond and be relieved of further liability hereunder by delivering thirty (30) day written notice to TRUST. No such cancellation shall affect any liability incurred or accrued hereunder prior to the termination of said thirty (30) day period. In such event of notice of cancellation, TRUST agrees to reissue the bond before the end of said thirty (30) day period for an amount equal to or greater than the above-stated value of this Security Agreement, unless it is agreed otherwise.

# SECURITY AGREEMENT
Non-Negotiable Private Agreement

## INDEMNITY CLAUSE

TRUST, without the benefit of discussion or division, does hereby agree, covenant, and undertake to indemnify, defend, and hold TRUSTEE/SECURED PARTY harmless from and against all claims, losses, liabilities, costs, interests, and expenses, hereinafter referred to as "Claims" or "Claim". Claims include, without restriction, all legal costs, interests, penalties, fees and fines suffered or incurred by TRUST, in accordance with TRUSTEE/SECURED PARTY'S personal guarantee with respect to any loan or indebtedness of TRUST or collateral, including any amount TRUST might be deemed to owe to any CREDITOR for any reason whatsoever.

## OBLIGATIONS SECURED

The security interest granted herein secures all indebtedness and liability whatsoever of TRUST to TRUSTEE/SECURED PARTY, whether direct or indirect, absolute or contingent, due or to become due, now existing or hereafter arising, and however evidenced.

## COLLATERAL

The collateral to which this Security Agreement pertains to, inter alia, is herein described below as personal and real property of TRUST. The collateral is now owned or possessed, and includes property hereafter acquired, by TRUST, in which TRUSTEE/SECURED PARTY now holds all security interests. TRUSTEE/SECURED PARTY retains all rights of use, including but not limited to, all principle, interests, proceeds, products, accounts, fixtures, and the Orders there from. All claims of TRUST are security interests released to TRUSTEE/SECURED PARTY for management thereof.

Before any of the herein itemized property can be disbursed, exchanged, sold, tendered, forfeited, gifted, transferred, surrendered, conveyed, destroyed, disposed of, or otherwise removed from TRUST'S possession, settlement with TRUSTEE/SECURED PARTY must be satisfied in full and acknowledgment of the same completed to the satisfaction of TRUSTEE/SECURED PARTY.

## COLLATERAL CLARIFICATIONS

- All collateral including contracts, attachments, fixtures, agreements, addendums, derivatives, proceeds, products, goods, and services.
- All collateral including assets and equity.
- All collateral including institutional, industrial, manufacturing, educational, agricultural, social, and cultural purposes and uses;
- All collateral including structures and fixtures above and below ground including: cottages, cabins, houses, barns, sheds, warehouses, greenhouses, penitentiaries, stores, markets, facilities, stations, fences, corrals, docks, arenas, theaters, halls, clubhouses, offices, chambers, and buildings for any use or purpose;
- All collateral including infrastructure including all roads, driveways, sewers, plumbing, electricity, communications, networks, plants, facilities, septic, sanitation, irrigation, drainage, walkways, paths, tunnels, chambers, power and energy sources, and waste management for all uses and purposes;
- All collateral including property developed and undeveloped.
- All collateral including receipts and proof of purchase, registrations, products, goods, services, and proof of clear title and ownership.
- All collateral includes crops, the host that the crops are harvested from and all harvested and un-harvested crops.
- All collateral includes materials processed, unprocessed, and raw materials and everything in between.
- All collateral including inventory harvested, un-harvested, pasteurized, unpasteurized, raw, unprocessed, processed, and produced and everything in between.
- All collateral includes inventory, products, goods and services;
- All collateral includes potential.
- All collateral accounts include all assets and rights, for all purposes and uses, from accounts, fixtures, cases, liens, levies, instruments, documents, contracts, bonds, stock, certificates, agreements,

# SECURITY AGREEMENT

Non-Negotiable Private Agreement

grants, acquisitions, assumptions, conveyors, utilities, transmitters, accounts receivable, write-offs, and set-offs.

- All collateral including assets including all gains, proceeds, equity, capital, accounts receivable, derivatives, depreciations, inventory, materials, products, goods, and services.
- All collateral includes agricultural assets including all livestock, chattels, and crops.
- All fixtures including attachments;
- All derivatives include all futures.
- All machinery, equipment, vessels, vehicles, crafts, and the like include all fixtures, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, *inter alia*: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, and fuels and fuel additives;
- All collateral includes the transfer of all Rights to buy, sell, trade, grow, raise, gather, hunt, trap, angle, and store food, fiber, and raw materials for shelter, clothing, survival and commercial and/or personal gain;
- All collateral may be used for any purpose or use TRUSTEE/SECURED PARTY elects;
- All collateral including income, principle, interest, benefits and gifts from every source;

TRUSTEE/SECURED PARTY herein claims all collateral and rights of TRUST(s) attached to:

1. All assets, including accounts, principle, interest, capital, proceeds, products, inventory, accounts, cases, papers, documents, contracts, receipts, fixtures, derivatives and proof of Owner's Equity;
2. All rents, leases, sales, salaries, wages, gains, and income;
3. All land, water, mineral, and air rights including rights;
   a. All land including, residential, commercial, agricultural, forestry, parks and recreation, waterfront and beach, islands, atolls, and mining claims, leased, rented, or owned, developed and undeveloped;
   b. All water rights including alluvial flow, lakes, rivers, oceans, aquifers, levies, banks, shores, streams, creeks, springs, ponds, reservoirs, contributories, beds, bars, deltas, swamps, pools, wells, irrigation, rain, snow, runoff, condensation, catches, basins, ditches, and troughs;
   c. All mineral rights including minerals, metals, and mining and extraction right;
   d. All air rights including the air itself and the space it exists in, plus all rights of marketing and extraction;
4. All accounts, bank and otherwise, including "safety deposit" boxes and the contents therein, credit card accounts, mutual fund, money markets, investment, portfolios, trust accounts, certificates of deposit, checking, savings, retirement plans, deposits, escrow, mortgage, college fund, stocks, bonds, securities, certificates on deposit, bonds, vacation, time share, certificates of deposit, drafts, futures, notes, options, puts, calls, pension plans, warrants, 401-K's, and the like;
5. All cash, coins, money, Federal Reserve Notes, and Silver Certificates;
6. All benefits from all tertiary or subsequent trust account;
7. All inventory and raw materials;
8. All machinery;
9. All equipment;
10. All vessels, including all boats, yachts, ships, and water craft;
11. All vehicles including autos, trucks, four-wheel vehicles, trailers, wagons, motorcycles, bicycles, tricycles, wheeled conveyances;
12. All crafts;
13. All aircraft, including gliders, balloons;
14. All motor homes, trailers, mobile homes, recreational vehicles, house, cargo, and travel trailers;
15. All fixtures, accoutrements, baggage, and cargo;
16. All agricultural assets including livestock, chattels, food, supplies, seeds, plants, chemicals, crops;
17. All computers, computer-related equipment and accessories, stored files and data and peripherals for all uses;
18. All office equipment including communications equipment, computers, printers, scanners, office copiers and office machines;
19. All electronics and equipment, including hobby, computers, printers, recreational and business applications and uses;
20. All aural/audio and/or video capturing, production, video recorders, cam recorders, voice recorders

# SECURITY AGREEMENT

Non-Negotiable Private Agreement

and/or reproduction systems and peripherals, films, tapes, sound tracks, compact discs, phonographs, jukeboxes, records, film, cameras, projectors, and televisions for all uses;

21. All musical instruments;

22. All manuscripts, booklets, pamphlets, treatises, treatments, monographs, stories, written material, libraries, plays, screenplays, lyrics, songs, music;

23. All books and manuals;

24. All aliases, identities, D/B/A and nicknames;

25. All Trademarks, Registered Marks, copyrights, patents, proprietary data and technology, inventions, royalties, good will;

26. All credentials, scholastic degrees, diplomas, honors, awards, meritorious citations;

27. All records, diaries, journals, photographs, negatives, transparencies, images, video footage, film footage, drawings, sound records, audio tapes, video tapes, computer production or storage of all kinds whatsoever;

28. All live scans and corporal identification factors, including RNA, DNA, gene bank information, blood and blood fractions, biopsies, tissue, body parts, organs, hair, teeth, nails, semen, eggs, urine, fluids or matter, voice-print, retinal image, fingerprints, footprints, palm prints, thumbprints, and said factors' physical counterparts, in any form, and all records, BEAST numbers, record numbers, and information pertaining thereto and the descriptions therefrom;

29. All biometrics data, records, information, patents, copyrights, and trademark and processes not elsewhere described, the use and proceeds thereof; and the use of the information contained therein or pertaining thereto;

30. All Rights to obtain, use, request, or refuse or authorize the administration of, any food, beverage, nourishment, or water, or any substance to be infused, ingested, injected into, or affecting the body by any means whatsoever;

31. All Rights to request, refuse, or authorize the administration of; any drug, manipulation, material, process, procedure, ray, or wave which alters, or might alter the present or future state of the body, mind, spirit, or will by any means, method, or process whatsoever;

32. All keys, locks, lock combinations, encryption codes or keys, safes, secured places, and security devices, security programs, and any software, machinery, or devices related thereto;

33. All Rights to access and use utilities upon payment of the same unit costs as the comparable units of usage offered to most-favored customers, *inter alia*, cable, electricity, garbage, gas, internet, satellite, sewage, telephone, water, www, and all other methods of communication, energy transmission, and food water and/or sustenance distribution;

34. All Rights to barter, buy, contract, sell, or trade ideas, products, services, or work;

35. All suppliers, manufactures, shippers, consultants, resources, employees, professionals, contractors, subcontractors, mailing lists, data bases, and customers;

36. All Names, Nominees, DBAs and Corporate Seals used and/or executed, registered, claimed, assumed, presumed, and/or filed, and the right to be executed and filed, under said names;

37. All intellectual property, goods, and services;

38. All signatures, signs and seals;

39. All insurance policies including life, health care, unemployment, workman's compensation, malpractice, risk, disability, homeowner's, automobile, business, license, renter's, hazard, and those against'losses, damages, injuries and the like professional and private.

40. All present and future retirement incomes;

41. All nest eggs and hidden money in antiques, old vehicles and the like;

42. All survivorship rights and benefits;

43. All inheritances prior, present and future;

44. All prepaid burial plots, funeral expenses and services;

45. All applications, filings, correspondence, information, identifying marks, image licenses or travel documents, materials, permits, registrations, and records and records numbers held by any entity, for any purpose, however acquired, as well as the analyses and uses thereof, and any use of any information and images contained therein, regardless of creator, method, location, process, or storage form, *inter alia*, all processed algorithms analyzing, classifying, comparing, compressing, displaying, identifying, processing, storing, or transmitting said applications, filings, correspondence, information, identifying marks, image licenses or travel documents, materials, permits, registrations, and records

# SECURITY AGREEMENT

Non-Negotiable Private Agreement

and records numbers, and the like;

46. All library cards and rights;
47. All credit, charge, and debit cards, mortgages, notes, applications, card numbers, and associated records and information;
48. All court cases and judgments, past, present, and future, in any court whatsoever, and all bonds, orders, warrants, and other matters attached thereto or derived there from;
49. All jewelry, heirlooms, precious metals, bullion, coins, precious jewels, semi-precious stones, mounts, and any storage boxes within which said items are stored;
50. All tax correspondence, filings, notices, coding, record numbers, and any information contained therein, wherever and however located, and no matter by whom said information was obtained, compiled, codified, recorded, stored, analyzed, processed, communicated, or utilized;
51. All lotteries, overpayments, prepayments, prizes, rebates, refunds, returns, Treasury Direct Accounts, claimed and unclaimed funds, and all records and records numbers, correspondence, and information pertaining thereto or derived there from;
52. All agricultural crops, includes herbs, cultivated plants, growing plants, inventory, ancillary equipment, supplies, propagation plants, and seeds, and all related storage facilities, greenhouses, products of and for and all equipment, inventories, tools, supplies, contracts, accoutrements involved in the planting, tilling, harvesting, processing, preservation, and storage of all products of agriculture;
53. All farm, lawn, and irrigation equipment, accessories, attachments, hand-tools, implements, service equipment, parts, and supplies, and storage sheds and contents;
54. All fuel, fuel tanks, containers, and involved or related delivery systems;
55. All leisure and professional hobby, metal-working, woodworking, and other such machinery, and all ancillary equipment, accessories, consumables, power tools, hand tools, inventories, storage cabinets, toolboxes, work benches, shops, and facilities;
56. All leisure and sporting, fishing, hunting, and camping equipment, and all special clothing, materials, supplies, boats, Jet Ski's, trailers, snowmobiles, ATV's equipment, RV's, camping equipment of any kind and baggage related thereto;
57. All rifles, guns and related accessories, ammunition and the integral components thereof;
58. All radios, televisions, communication equipment, receivers, transceivers, transmitters, antennas, and towers, and all ancillary equipment, supplies, computers, software programs, wiring, and related accoutrements and devices;
59. All power-generating and/or transforming machines or devices, and all storage, conditioning, control, distribution, wiring, and ancillary equipment pertaining or attached thereto;
60. All hot tubs, Jacuzzis, and pools;
61. All personal and professional construction tools, equipment and supplies including water wells and well-drilling equipment, and all ancillary equipment, chemicals, tools, and supplies;
62. All shipping, storing, and cargo containers, and all chassis, truck trailers, vans, and the contents thereof; whether on-site, in transit, or in storage anywhere;
63. All building and development plans, permits, licenses, bonds, and insurances.
64. All communications and data, and the methods, devices, and forms of information storage and retrieval, and the products of any such stored information;
65. All books, drawings, magazines, manuals, and reference materials regardless of physical form;
66. All artwork, paintings, etchings, photographic art, lithographs, and serigraphs, and all frames and mounts pertaining or affixed thereto;
67. All food, and all devices, tools, equipment, vehicles, machines, and related accoutrements involved in food preservation, preparation, growth, transport, and storage;
68. All wedding bands and rings, watches, wardrobe, and toiletries;
69. All household goods and appliances, linens, furniture, kitchen utensils, cutlery, tableware, cooking utensils, pottery, antiques;
70. All businesses, corporations, companies, trusts, partnerships, limited partnerships, organizations, proprietorships, and the like, now owned or hereafter acquired, and all books and records thereof and there from, all income there from, and all accessories, accounts, trash, equipment, information, inventory, money, spare parts, and computer software pertaining thereto;
71. All packages, parcels, envelopes, or labels of any kind whatsoever which are addressed to, or intended to be addressed to, TRUST, whether received or not received by TRUST;

# SECURITY AGREEMENT

Non-Negotiable Private Agreement

72. All telephone numbers, and contacts;
73. Any property not specifically listed, named, or specified by make, model, serial number, etc., is expressly herewith included as collateral of TRUST. This as it applies to any and all 'property' as described in detail and registered and filed under necessity in the exercise of the right of Redemption by TRUSTEE/SECURED PARTY and/or CREDITOR.
74. Proceeds from BENEFICIARY'S property, labor and intellectual contributions from every source;
75. TRUST'S CERTIFICATION OF BIRTH and including Application for Birth Certificate and File Number, and all other Certificates of Birth, Certificates of Living Birth, Notifications of Registration of Birth, or Certificates of Registration of Birth, or otherwise entitled documents of birth whether county, state, federal, or other either ascribed to or derived from the name of TRUST identified above, or based upon the above described birth document.
76. All Immigration and legalization papers
77. All Social Security BENEFITS
78. All Driver Licenses # driver license number
79. All UCC Filings and Number UCC File # plus all addendums
80. All property listed on Legal Notices and Demands that are filed in TRUST'S county, state, and nation.
81. All registration in county, state, national and international registries
NOTE: TRUSTEE/SECURED PARTY reserves the right to add or amend this private Security Agreement as needed or as necessary by TRUSTEE/SECURED PARTY or expressly authorized representative.
82. building materials and prefabricated buildings, and all components or materials pertaining thereto, before or during manufacture, transportation, storage, building, erection, or vacancy while awaiting occupancy thereof;
83. All construction machinery, equipment, supplies, resources, tools, vehicles and all ancillary equipment, supplies, materials, fuels, fuel additives, supplies, materials, and service equipment pertaining thereto;

## ADVISORY

All instruments and documents referenced/itemized above are accepted for value, with all related endorsements, front and back, in accordance with UCC § 3-419 and per intent of House Joint Resolution 192 of June 5, 1933. This Security Agreement is accepted for value, property of TRUSTEE/SECURED PARTY, and not dischargeable in bankruptcy court as TRUST is exempt from third-party levy. This Security Agreement supersedes all previous contracts or Security Agreements between TRUST and TRUSTEE/SECURED PARTY except for Contracts included.

TRUST agrees to notify all of TRUST'S former CREDITORS, future CREDITORS, and any possible purchasers of the herein-described Collateral status, of this Security Agreement.

This Security Agreement devolves on BENEFICIARIES and ASSIGNS, who take title to this Security Agreement, as TRUSTEE/SECURED PARTY to hold and enforce interests by CONSENSUAL AGREEMENT and Private Contract in deed and stead of BENEFICIARY.

TRUSTEE/SECURED PARTY maintains the right to sign for TRUST when and wherever the signature of TRUST will be required and necessary.  TRUSTEE/SECURED PARTY signs for TRUST as 'agent' and/or 'AUTHORIZED REPRESENTATIVE' of TRUST. TRUSTEE/SECURED PARTY reserves the right to make sufficient claims to secure such indebtedness until satisfied in whole.

TRUSTEE/SECURED PARTY maintains all options and rights of transfer, and may issue an assignment of the complete Security Agreement or any division of parts therefrom. In the event of dishonor by TRUST, or difficulties in collection, TRUSTEE/SECURED PARTY has full authority and agreement to take all actions deemed necessary for acquisition of remedy and receivables by any means.

## BREACH OF CONTRACT

1.      Any of the following events will establish a breach:
    a. Failure by TRUST to pay TRUSTEE/SECURED PARTY any secured debts when due.
    b. Failure by TRUST to perform any secured obligations when required to be performed.
    c. Any breach of any warranty or guarantees by TRUST contained in this Security Agreement.

# SECURITY AGREEMENT

### Non-Negotiable Private Agreement

d.  Any breach, loss, damage, expense, fee, custom, duty, or injury to TRUSTEE/SECURED PARTY by virtue of the Private Contract, or included on PRICE LIST.

e.  Failure to report any income or precedes accruing from any principles, interests, or transactions.

f.  Evidence that a statement, warranty, guarantee or representation made or implied, at any time, in this or other Agreements by TRUST, is false, misleading, or incomplete in any material respect made or furnished.

Dissolution or termination of TRUST'S existence as a legal entity or the insolvency of TRUST, upon the appointment of a receiver, for all or any portion of TRUST'S property, an assignment for the benefit of inferior CREDITORS, or the commencement of proceedings under bankruptcy or insolvency laws by or against TRUST.

Commencement of foreclosure by any other CREDITOR against TRUST or the collateral, garnishments or other attachments from obligations or debts due to TRUST from all accounts receivable, and/or other funds due and payable to TRUST at any time;

Any violation of this agreement will constitute a penalty in accordance with and outlined in the "Legal Notice and Demand".

TRUSTEE/SECURED PARTY now holds all interests in any and all property belonging to, in possession, use or control of TRUST.

## Cure of Breach

If a breach under this agreement is curable through an account held by TRUST but managed by the UNITED STATES or one of its subdivisions, agents, officers, or affiliates, such breach may be cured by TRUST with express consent and voluntary agreement by TRUSTEE/SECURED PARTY; and upon advice by the Fiduciary that the breach has been cured and no event of breach will be acted upon. A breach under this agreement, initiated by third party intervention, will not be considered a breach if such intervention is challenged by TRUST, in a good faith effort to confirm or disprove the validity or reasonableness of the public claim which is the basis of the public CREDITOR'S proceeding; but TRUST must, in that event, deposit such surety with TRUSTEE/SECURED PARTY as is necessary to indemnify TRUSTEE/SECURED PARTY from loss.

## Acceleration

In the event of breach, TRUSTEE/SECURED PARTY may declare any/entire indebtedness immediately due and payable without notice.

## Liquidation of Collateral

In the event of breach, TRUSTEE/SECURED PARTY shall have full power to privately or publicly sell, lease, transfer, trade, rent, exchange, or otherwise deal with the collateral, products or proceeds, in his own name, in the name of TRUST or other nominee. All expenses related to the liquidation of collateral shall become a part of TRUST'S indebtedness. TRUSTEE/SECURED PARTY may, at his discretion, transfer part or all of the collateral to his/her own name or to the name of nominee for the protection of trust property and the heirs and assigns as beneficiaries.

## Rights and Remedies

TRUSTEE/SECURED PARTY holds all rights and remedies of a Secured CREDITOR under the provisions of the Uniform Commercial Code (UCC), as the UCC has been adopted in the state where part or all of the collateral is located or presumed to be located, or Internationally as elected by TRUSTEE/SECURED PARTY. TRUSTEE/SECURED PARTY holds the right to proceed in Universal jurisdictions and venues, by self-help, or with or without a public court, tribunal, collection or enforcement agencies. Rights and remedies available to TRUSTEE/SECURED PARTY may be exercised singularly or jointly and in all venues and jurisdictions concurrently at the sole discretion and election of TRUSTEE/SECURED PARTY. The TRUST will bear all costs and liability to all actions.

# SECURITY AGREEMENT
Non-Negotiable <u>Private</u> Agreement

## MISCELLANEOUS PROVISIONS
### Amendments
This agreement and the related documents established mutual assent and a meeting of the minds.  No alteration of, set-off or amendment to this agreement shall be effective unless expressed in writing under voluntary, noticed, informed consent of the TRUSTEE/SECURED PARTY.

### Applicable Law.
The Contract and Security Agreement is the law, and the law is the Contract and Security Agreement. The guidelines for the laws of the Contract and this Security Agreement, is the mutual assent and agreement of the Parties, expressed by the Contract and Security Agreement. It was modeled after, created from, and is supported by Private International Law, in accord with the Laws of Nations, International and Domestic Laws, supported by the Administrative Procedures Act, the Civil Procedure Act, and the Uniform Commercial Code as adopted by International and state legislation of all U.S. States, and unwritten by Common Law, Contract Law, Cannon Law, Constitutional Law, Merchant Law, Property and Estate Law, Statutory Law, Civil Law, Tort Law, Commercial Law, Trade Law, Judiciary Laws Securities Law and Legislative Law, Executive Law, and most other forms of law in almost all jurisdictions and venues.  It conforms to almost all other ABC organizations and agencies including GAAT, UNCITRAL, UNIDROIT, and CIGS.  Case Law, aka, stare decisis, supports this Contract and Security Agreement, but is not ever cited for good cause.  Common Law is only superseded by Equity Law when the Common Law does not provide for remedy.

It is impossible, and always will be, to address all the "Policies", "Signing Statements", and/or other unknown, undisclosed trickery, lies, deceptions and forms of fraud, embezzlement, organized crime, and RICO actions, used to override law and justice in today's world

### Expenses
TRUST agrees to pay for all losses, costs, fees, time, taxes, expenses, and professional fees, incurred by TRUSTEE/SECURED PARTY to collect or enforce the provisions of this agreement

## STANDARD TERMS AND CONDITIONS
All of the STANDARD TERMS AND CONDITIONS as set forth in "ATTACHMENTS 'A' – DEFINITIONS" Document Item Number: 02261985-MAH-AA apply hereto, plus all incidentals, some duplicated or left in the Security Agreement, for the purpose of convenience and/or comprehension. They shall not be considered in bad faith, unclean hands, misleading or nondisclosure as there is no intent of such by the TRUST or TRUSTEE/SECURED PARTY. Errors and Omissions are consistent with intent.

## Indebtedness
Debt is that which is owed; usually referencing assets owed. The word "indebtedness" means the debt evidenced by this Security Agreement, or a claim against TRUST, and all TRUST'S present and future possessions identified in this agreement as collateral; and all public obligations and debts ascribed to TRUST through contracts and agreements, whether expressed or implied, known or unknown, or actual or constructive. All claims made by TRUSTEE/SECURED PARTY against TRUST, whether existing now or in the future, whether they are voluntary or involuntary, due or not due, direct or indirect, absolute or contingent, liquidated or not, regardless of whether TRUST is or may be individually or jointly, obligated as, or beneficiary of, a surety or accommodation party are the collateral for the debt owed.

## Related Documents
The phrase "related documents" means all promissory notes, credit agreements, loan agreements, guaranties, Security Agreements, mortgages, deeds of trust, applications, accounts, licenses, policies,

# SECURITY AGREEMENT

Non-Negotiable Private Agreement

permits, identification cards, account cards, receipts, forms, and all other documents and instruments that TRUST or its previous surety has or will execute in connection with TRUST'S total indebtedness.

The term *inter alia* may be used to include "related documents". It literally means 'among other things'.

## Notices

All notices required to be given by either party under this agreement, shall be in writing or Proof of Fax and shall be effective when actually delivered, when deposited with the United States Post Office or a nationally recognized delivery service that both parties agree to. Notice must be given to SECURED PARTY at the address shown on this Agreement or to such other address as designated to the other in writing.

## Severability

If one or more provisions of this agreement shall be held to be invalid or unenforceable for any reason, the remaining provisions shall continue to be valid and enforceable. If a qualified court finds that one or more provisions of this agreement is invalid or unenforceable, but that by limiting such provision(s) it would become valid or enforceable, such provision(s) shall be deemed to be written, construed, and enforced as so limited. In the event that such a finding and limitation causes damage or hardship to either party, the agreement shall be amended in a lawful manner to make all parties whole.

## Waiver of Contractual Right

The failure of either party to enforce one or more provisions of this agreement shall not be construed as a waiver or limitation of that PARTY'S right to subsequently enforce and compel strict compliance with every provision of this agreement. TRUSTEE/SECURED PARTY shall not be deemed to have waived any rights under this agreement unless such waiver is given in writing and signed by TRUSTEE/SECURED PARTY under voluntary, noticed, informed consent. No delay, error or omission on the part of TRUSTEE/SECURED PARTY in exercising a right or option shall operate as a waiver of such right or any other right. A waiver by TRUSTEE/SECURED PARTY of a provision of this agreement shall not prejudice or constitute a waiver of TRUSTEE/SECURED PARTY'S right otherwise to demand strict compliance with that provision or any other provision of this agreement. No prior waiver by TRUSTEE/SECURED PARTY, nor any course of dealing between TRUSTEE/SECURED PARTY and TRUST, shall constitute a waiver of TRUSTEE/SECURED PARTY'S rights or of TRUST'S obligations under this agreement as to future transactions. Whenever the consent of TRUSTEE/SECURED PARTY is required under this agreement, the granting of such consent by TRUSTEE/SECURED PARTY in one instance shall not constitute consent over the whole or any portion therefrom.

## Ambiguities and Interpretation

Each party acknowledges receipt of this agreement and has had the opportunity to have counsel and/or anyone they chose review it. Any rule of construction claiming ambiguities is to be resolved against the drafting party and shall not apply in the interpretation of this agreement or its amendments. All statements in this instrument are important to the parties. Misunderstandings have been resolved prior to execution.

## Authority to Represent

A signer of this agreement on behalf of a legal entity certifies that he/she has the authority to sign this agreement and that this transaction has been duly authorized by such entity.

## Gender

All references within this agreement to a specific gender include the other.

**Note**: TRUSTEE/SECURED PARTY reserves the right to satisfy any judgment, lien, levy, debt, or obligation, whether secured, unsecured, or purported to be secured, against TRUST by acceptance for value and return for adjustment, settlement and closure, executing a Bill of Exchange, or against the Fidelity Bond registered herewith under necessity, as the TRUSTEE/SECURED PARTY may select.

# SECURITY AGREEMENT

Non-Negotiable Private Agreement

## SIGNATURES
### Applicable to all Successors and Assigns

TRUSTEE/SECURED PARTY executes this Security Agreement certified and sworn on TRUST'S unlimited liability true, correct, and complete, and accepts all signatures in accord with UCC § 3-419 INSTRUMENTS SIGNED

*MAURICE ANTIONE HALL TRUST* ©

TRUST SIGNATURE, Party of the First Part, U.C.C. § 1-201(39)
Common Law Copyright 2003

**Trustee/Secured Party's** Signature, Party of the Second Part, Authorized Representative, U.C.C. § 1-201(35) **All Rights Reserved**

Maurice-Deman Hall
Party ID: bfcb4755-d78f-4903-929b-800be41a33c3
IP Address: 23.114.22.135
Security Level: E-mail

Digital Signature:

Multi-Factor
**Digital Fingerprint
Checksum**     c844c85e0d3b584a92f932bad9cd2843



To avert losses of vested rights in the present or future collateral that is the subject of the attached Security Agreement, TRUST agrees to make available to TRUSTEE/SECURED PARTY, such accounts established by intent of the parties, by operation of law, and/or as constructive trusts, to hold proceeds arising from assets belonging to TRUST, and administered by the UNITED STATES or its subdivisions, agents, or affiliates. Pursuant to existing laws of the UNITED STATES and the agreement of the parties of this Security Agreement, TRUSTEE/SECURED PARTY is authorized to assign such funds from said accounts as are necessary to settle all past, present, and future public debts and obligations incurred by TRUST on behalf of TRUSTEE/SECURED PARTY.

TRUST hereby confirms that this Security Agreement is a duly executed, signed, and sealed private contract entered into knowingly, intentionally, and voluntarily by TRUST and TRUSTEE/SECURED PARTY, wherein and whereby TRUST:

*MAURICE ANTIONE HALL TRUST* ©
TRUST SIGNATURE

## NOTICE OF LIEN

This agreement constitutes an International Commercial Lien on all property (in each of their individual capacity/form/item) of TRUST (indemnitor) on behalf of, and for the benefit of, TRUSTEE/SECURED PARTY CREDITOR (indemnitee) in the amount of $100,000,000.00 (ONE HUNDRED MILLION), in silver dollars, fiat money, or money of account/credit, at par value. This lien will expire at the moment that the indemnitee expires or when this lien is satisfied by any Third Party Interloper who seeks to take/seize any of said property, or upon fulfillment of trusts purpose in distribution to beneficiaries and trust dissolution in proper due course.



% 264 F.M. 3478 Estelle Unit
Huntsville, Texas [77320]

CLERK, U.S. DISTRICT COURT
RECEIVED

MAY 06 2024

EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

United States District Court
Eastern District of Texas
300 Willow Str. Suite 104
Beaumont, Texas 77701

Legal Mail