| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

MAURICE HALL,

    Plaintiff,

*versus*　　　　　　　　　　　　　　　　CIVIL ACTION NO. 9:24-CV-89

THOMAS H. WELCH, JR.,

    Defendant.

## FINAL JUDGMENT

This action came on before the court, and the issues having been duly considered and a decision having been duly rendered, it is

**ORDERED** that plaintiff take nothing and that this lawsuit is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

All motions not previously ruled on are **DENIED**.

SIGNED at Beaumont, Texas, this 2nd day of December, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE